1  Marcus T. Brown (State Bar No. 255662)
   Law Office of Marcus T. Brown
2  2175 North California Boulevard, Suite 775
   Walnut Creek, CA 94596
3  (925) 482-8950 / (925) 482-8975 (Fax)
   marcus@marcusbrownlaw.com
4

5  Attorney for Plaintiffs CARL RENOWITZKY
   AND PAULINE GALLEGOS
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 CARL RENOWITZKY, et al.,          Case No. 3:15-cv-05042-JCS

11                 Plaintiffs,        [PROPOSED] ORDER GRANTING
                                      STIPULATED REQUEST TO CONTINUE
12          v.                        THE INITIAL CASE MANAGEMENT
                                      CONFERENCE AND EXTEND
13 WELLS FARGO BANK, N.A., et al.,    DEFENDANTS' TIME TO RESPOND TO
                                      THE FIRST AMENDED COMPLAINT
14                 Defendants.

15

16       Having considered the parties' stipulated request to continue the initial case management

17 conference and extend Defendants' time to respond to the first amended complaint, which was filed

18 as Document 19, and good cause appearing, the Court ORDERS:

19       1.      The stipulated request is GRANTED;

20       2.      The initial case management conference is hereby continued to June 3, 2016, at 2:00

21 p.m. at Courtroom G on the 15th floor of the courthouse at 450 Golden Gate Avenue, San Francisco,

22 CA 94102;

23       3.      All deadlines in the Court's initial case management conference scheduling order are

24 continued to correspond with the new case management conference date.

25 ///

26 ///

27 ///

28

4. Defendants' time to respond to the first amended complaint is extended to and including April 28, 2016.

IT IS SO ORDERED.

Dated April 18, 2016 .



U.S. MAGISTRATE JUDGE