1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

CARL RENOWITZKY, et al.,

Plaintiffs,

8

9

v.

10

WELLS FARGO BANK N.A, et al.,

Defendants.

11

Case No.  15-cv-05042-JCS

**ORDER REGARDING REQUEST FOR ACCOMMODATION AND NOTICE OF BANKRUPTCY STAY**

Re: Dkt. No. 51

12            This action by pro se Plaintiffs Carl Renowitzky and Pauline Gallegos relates to a

13    purported wrongful foreclosure of certain property in Castro Valley, California.  On June 15,

14    2016, the Court granted a motion by Defendants Wells Fargo Bank, N.A. and NDeX West, LLC to

15    dismiss Plaintiffs' first amended complaint, but granted Plaintiffs leave to file a second amended

16    complaint no later than July 13, 2016.  *See* dkt. 50.  The Court noted but did not resolve concerns

17    about whether Renowitzky—who has no recorded interest in the property at issue—has standing

18    to assert claims based on wrongful foreclosure.  *See id.* at 9−10 & n.4.  To date, no amended

19    complaint has been filed.[1]  On July 15, 2016, Renowitzky filed a request for accommodation of

20    disabilities and a notice of Chapter 13 bankruptcy.  *See* dkt. 51.

21            The request for accommodation states that due to vision impairments and complications

22    from a head injury, Renowitzky requires "more time to file documents from time to time."  *Id.* at

23    ECF p. 3.  Renowitzky's impairments are noted, and he may request extensions of specific

24    deadlines as needed.  The Court will consider such requests on a case-by-case basis.

25            With respect to bankruptcy, Renowitzky asserts that "[t]his case should of stayed and been

26    paused bankruptcy was filed on or about 4/15/16 and on May 16."  *Id.* at ECF p. 1 (sic

27

28    [1] In light of the possibility of a bankruptcy stay, the Court declines to address Plaintiffs' failure to meet this deadline at this time.

United States District Court
Northern District of California

United States District Court
Northern District of California

1   throughout).  The Notice of Chapter 13 Bankruptcy Case attached to Renowitzky's filing is

2   deficient in that it lacks a case number for the bankruptcy proceeding—instead, Renowitzky lists

3   the case number for this civil action—and leaves blank the filing date of Renowitzky's Chapter 13

4   bankruptcy action.  *Id.* at ECF p. 2.  If Renowitzky believes this action should be stayed or that

5   any other action is appropriate in light of his bankruptcy proceedings, he must file an amended

6   notice of bankruptcy **no later than August 22, 2016**[2] including sufficient information to identify

7   his bankruptcy proceeding (most importantly, the Bankruptcy Court case number) and clearly

8   articulating the relief that he seeks.  Defendants shall file a response **no later than August 29,**

9   **2016**, stating their position on any relief that Renowitzky seeks.

10          Renowitzky's recent filing also states that he "has standing to bring this case as he is a

11   trustee in a trust that this property was deeded to."  *Id.* at ECF p. 1.  Because the Court's previous

12   order declined to resolve the issue of Renowitzky's standing, Renowitzky remains a plaintiff in

13   this action at this time.  Plaintiffs second amended complaint should include any allegations that

14   they believe support Renowitzky's standing.

15          Plaintiffs, who are not represented by counsel, are encouraged to consult with the Federal

16   Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal

17   courthouses for assistance.  The San Francisco Legal Help Center office is located in Room 2796

18   on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102.  The Oakland office is

19   located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612.  Appointments

20   can be made by calling (415) 782-8982 or signing up in the appointment book located outside

21   either office, and telephone appointments are available.  Lawyers at the Legal Help Center can

22   provide basic assistance to parties representing themselves but cannot provide legal representation.

23          **IT IS SO ORDERED.**

24   Dated: August 5, 2016

25   _____

26   JOSEPH C. SPERO
     Chief Magistrate Judge

27

28   ---
     [2] This deadline takes into account Renowitzky's impairments and will not be extended absent a
     showing of good cause.

2