UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL RENOWITZKY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK N.A, et al.,<br><br>    Defendants. | Case No. 15-cv-05042-JCS<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

On June 15, 2016, the Court granted Defendants' motions to dismiss and ordered Plaintiffs, proceeding pro se after the withdrawal of their counsel, to file a second amended complaint no later than July 13, 2016. *See* Order Granting Mots. to Dismiss (dkt. 50). No such amended complaint has been filed. On July 15, 2016, Plaintiff Carl Renowitzky filed a request for accommodation and purported notice of bankruptcy. *See* dkt. 51. By Order dated August 5, 2016, the Court acknowledged Renowitzky's request for accommodation and ordered him to file further information no later than August 22, 2016 supporting his belief that this case should be stayed due to ongoing bankruptcy proceedings. *See* Order Regarding Request for Accommodation & Notice of Bankruptcy Stay (dkt. 52). Renowitzky did not file any response to that Order. Defendants filed responses indicating that this action should not be stayed because, among other reasons, Renowitzky's bankruptcy case was dismissed. *See* dkts. 53, 54, 55. Neither Plaintiff appeared at the case management conference on September 2, 2016.

Defendants have requested that this action be dismissed with prejudice for failure to file a second amended complaint. Although the deadline to file an amendment has long past, in light of Renowitzky's request for accommodation, the Court grants Plaintiffs an additional two weeks from the date of this Order to file their second amended complaint. No further extension of that deadline will be granted without a showing of good cause.

**If Plaintiffs fail to file a second amended complaint on or before September 16, 2016, this action will be DISMISSED WITH PREJUDICE in its entirety.**

As a condition of his withdrawal from the case, Plaintiffs' former counsel Marcus T. Brown agreed to forward filings in the record to his former clients. Because Plaintiffs have not yet appeared pro se or notified the Clerk of their addresses, that condition remains in force, and Brown is instructed to forward a copy of this Order to Plaintiffs as soon as practicable. In addition, in an abundance of caution, the Clerk is instructed to mail copies of this Order to Plaintiffs at each of the various addresses listed in Defendants' recent proofs of service:

> Pauline Gallegos and/or Carl Renowitzky
> 26473 Palomares Road
> Castro Valley, CA 94552

> Pauline Gallegos and/or Carl Renowitzky
> 6121 Old Quarry Loop
> Oakland, CA 94506

> Pauline Gallegos and/or Carl Renowitzky
> P.O. Box 332
> San Lorenzo, CA 94530

Plaintiffs are once again encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by calling (415) 782-8982 or signing up in the appointment book located outside either office, and telephone appointments are available. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: September 2, 2016

JOSEPH C. SPERO
Chief Magistrate Judge