UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL RENOWITZKY, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WELLS FARGO BANK N.A, et al.,<br><br>                    Defendants. | Case No.  15-cv-05042-JCS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On June 15, 2016, the Court granted Defendants' motions to dismiss Plaintiffs' first amended complaint, but granted Plaintiffs leave to amend no later than July 13, 2016.  *See* dkt. 50.[1]  Plaintiffs did not file a second amended complaint by that deadline.  After Plaintiff Carl Renowitzky filed a request for accommodation of disability and a deficient notice of bankruptcy stay, the Court on August 5, 2016 ordered Renowitzky to file an amended notice of bankruptcy stay with additional relevant information no later than August 22, 2016.  *See* dkt. 52.  Plaintiffs did not file anything in response to that order.

A case management conference was held on September 2, 2016.  Plaintiffs did not file the required case management statement in advance of that conference and did not appear at the conference.  Defendants requested that the case be dismissed with prejudice, but the Court granted Plaintiffs an additional two weeks to file a second amended complaint.  The Court's order advised Plaintiffs that failure to amend their complaint by September 16, 2016 would result in dismissal with prejudice.  *See* dkt. 60.  That deadline has passed, and Plaintiffs have not filed a second

/ / /

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).

amended complaint.  This action is therefore DISMISSED WITH PREJUDICE.  The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: September 19, 2016

JOSEPH C. SPERO
Chief Magistrate Judge